LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
ADAM SORRELLS, SBN 160226
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>        Plaintiff,<br><br>    vs.<br><br>RALPHS GROCERY COMPANY dba RALPHS #983; MILTON HECHT; and DOES 1 through 10<br><br>        Defendants. | No. CIV.S 04-2037 LKK KJM<br><br>**STIPULATION TO AMEND COMPLAINT AND ORDER THEREON** |

The parties, subject to approval of the Court, stipulate as follows:

1.   BILL DEFAZIO, a party that was not named in the original complaint, is an owner, operator and/or lessor of the property involved in this case.

2.   The parties agree that plaintiff shall and may amend the complaint to name BILL DEFAZIO as a defendant.

3.   Defendants RALPHS GROCERY COMPANY dba RALPHS #983 shall

Stipulation to Amend Complaint and Order Thereon                Sanford v. Ralphs Grocery Company
                                                                Case No. CIV.S 04-2037 LKK KJM

not be required to file an answer to the amended complaint, and their initial answer shall be deemed responsive to the amended complaint.

Dated: 5/17/05                    LAW OFFICES OF LYNN HUBBARD

<u>/s/ Lynn Hubbard, Esquire</u>
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: 5/17/05                    GREENBERG TRAURIG, LLP

<u>Signature on file</u>
STACEY L. HERTER
Attorney for Ralphs Grocery Company

IT IS SO ORDERED:

Date: May 18, 2005                <u>/s/Lawrence K. Karlton</u>
Lawrence K. Karlton
Senior Judge

Stipulation to Amend Complaint and Order Thereon        Sanford v. Ralphs Grocery Company
                                                        Case No. CIV.S 04-2037 LKK KJM