LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
ADAM SORRELLS, SBN 160226
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD<br><br>    Plaintiff,<br><br>    vs.<br><br>RALPHS GROCERY COMPANY dba RALPHS #983; BILL DEFAZIO; and DOES 1 through 10<br><br>    Defendants. | No. CIV.S 04-2037 LKK KJM<br><br>**STIPULATION TO AMEND COMPLAINT AND ORDER THEREON** |

    The parties, subject to approval of the Court, stipulate as follows:

    1.   The First Amended Complaint listed BILL DEFAZIO, as the party that is an owner, operator and/or lessor of the property involved in this case, however the CUSHMAN FAMILY TRUST B (c/o H. Barry Swickle) is the correct property owner.

    2.   The parties agree that plaintiff shall and may amend the complaint to

name CUSHMAN FAMILY TRUST B as a defendant and to dismiss defendant BILL DEFAZIO, only, without prejudice.

    3.   Defendant RALPHS GROCERY COMPANY dba RALPHS #983 shall not be required to file an answer to the amended complaint, and its initial answer shall be deemed responsive to the second amended complaint.  (Attached hereto as Exhibit A)

Dated: August 16, 2005               LAW OFFICES OF LYNN HUBBARD

                                       /s/ Lynn Hubbard, Esquire          /
                                       LYNN HUBBARD, III
                                       Attorney for Plaintiff

Dated: August 16, 2005               GREENBERG TRAURIG, LLP

                                       Signature on File                    /
                                       STACEY L. HERTER
                                       Attorney for Ralphs Grocery Company

Having good cause been shown IT IS HEREBY ORDERED:

1. Plaintiff shall amend complaint to name CUSHMAN FAMILY TRUST B as a defendant.

2. Defendant BILL DEFAZIO, only, shall be dismissed without prejudice.

3. RALPHS GROCERY COMPANY dba RALPHS #983 shall not be required to file an answer to the amended complaint.

Date: August 23, 2005.               /s/Lawrence K. Karlton
                                       Judge of the District Court