1  GREENBERG TRAURIG, LLP
2  GREGORY F. HURLEY (SBN 126791)
   STACEY L. HERTER (SBN 185366)
3  650 Town Center Drive, Suite 1700
4  Costa Mesa, California  92626
   Telephone: (714) 708-6500
5  Facsimile:  (714) 708-6501
6  Email:      herters@gtlaw.com

7
   Attorneys for Defendant
8  RALPHS GROCERY COMPANY

9

10              UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 | JAMES SANFORD,                  | CASE NO. 04-2037 LKK KJM
14 |                                 |
   |         Plaintiff,              |
15 |                                 | **STIPULATION AND ORDER RE**
   |                                 | **CONTINUANCE OF DATES**
16 | vs.                             |
17 |                                 |
   | RALPHS GROCERY COMPANY dba      | Date Filed:  September 29, 2004
18 | RALPHS #983; BILL DEFAZIO, and  |
   | DOES 1 through 10,              |
19 |                                 |
20 |         Defendants.             |

21

22

23

24

25

26

27

28

The parties hereto, by and through undersigned counsel of record, hereby file the following joint stipulation regarding the continuance of the expert deadlines in this case.

## JOINT STIPULATION

WHEREAS, this action was filed on September 29, 2004;

WHEREAS, the deadlines currently set in this case are as follows:

- the expert designation date is November 11, 2005;
- the discovery completion date is January 10, 2006;
- trial is set to begin on September 12, 2006;

WHEREAS, in or about April 2005, Plaintiff James Sanford noticed a site inspection scheduled for October 19, 2005;

WHEREAS, Plaintiff only recently served the landlord in this action, The Cushman Family Trust, on August 23, 2005;

WHEREAS, The Cushman Family Trust has not yet answered or appeared in this case;

WHEREAS, Ralphs is currently considering The Cushman Family Trust's tender of defense and indemnity and therefore needs additional time to evaluate settlement possibilities, or alternatively, to make arrangements for The Cushman Family Trust's counsel to appear at the site inspection in order to avoid duplicative site inspections;

WHEREAS, the parties have not previously requested a continuance of any of the dates in the scheduling order;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

THEREFORE, through this Joint Stipulation, Plaintiff and Ralphs respectfully request that the Court approve the following new dates in this case:

- December 12, 2005 as the new date for expert designation; and
- February 10, 2006 as the new discovery completion date.

DATED: October ___, 2005        GREENBERG TRAURIG, LLP


                                By /signature on original
                                   Stacey L. Herter

                                Attorneys for Defendant
                                RALPHS GROCERY COMPANY

DATED: October __, 2005        LAW OFFICES OF LYNN HUBBARD


                                By /signature on original
                                   Lynn Hubbard

                                Attorneys for Plaintiff
                                JAMES SANFORD

**ORDER**

IT IS SO ORDERED.


DATED: October 27, 2005.        /s/Lawrence K. Karlton
                                Lawrence K. Karlton
                                Senior Judge

oc-fs1\HERTERS\31579v01\71233.010500                3

JOINT STIPULATION